**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
──────────────────────────────── x
**In Re:**                                               **Chapter 7**
**Jean Touzin and Marie Clotaire**             **Case No 09-23953**
──────────────────────────────── x
**Jean Touzin and Marie Clotaire**
       Plaintiff,
       vs                                                  **Adv. Case No. 10-8209**
**HSBC Mortgage Corporation**
       Defendant,
──────────────────────────────── x

## CERTIFICATE OF SERVICE

   I, Joshua N. Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Summons and Complaint on January 25, 2010, by depositing a true copy thereof Certified Mail in an post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

HSBC Mortgage Corporation                      /s/    Joshua N. Bleichman
2929 Walden Ave.                                  Joshua N. Bleichman
Depew, NY 14043                                   268 Route 59 West
                                                          Spring Valley, NY 10977
                                                          845-425-2510