# BLEICHMAN & KLEIN
## ATTORNEYS AND COUNSELORS AT LAW

| | |
|---|---|
| 268 WEST ROUTE 59 | 113 CEDARHILL AVENUE |
| SPRING VALLEY, NJ 10977 | MAHWAH, NJ 07430 |
| (845) 425-2510 | (201) 529-3411 |
| JOSHUA N. BLEICHMAN, ADMITTED IN NY | SHMUEL KLEIN, ADMITTED IN NJ |

March 2, 2010

Vito Genna
Clerk of Court
White Plains Office
300 Quarropas Street
White Plains, NY 10601

RE:   Jean Touzin and Marie M. Clotaire v. HSBC Mortgage Corporation
         Case No.: 10-ap-8209

Dear Mr. Vito Genna:

   Plaintiff respectfully requests an Entry of Default Judgment against HSBC Mortgage Corporation, for not responding to our Adversary Proceeding Complaint by February 25, 2010.

Sincerely,

   /S/   Joshua N. Bleichman
Joshua N. Bleichman