B260
(1/88)

# United States Bankruptcy Court
Southern District of New York

**In re**

Bankruptcy Case No. 09-23953

Jean Touzin
Marie M. Clotaire

    **Debtor**

**Jean Touzin**
**Marie M. Clotaire**
    **Plaintiff**

          **v.**            Adversary Proceeding No. 10-8209

HSBC Mortgage Corporation
    **Defendant**

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: HSBC Mortgage Corporation |
|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 4/21/2010          ___Vito Genna_____
                                                       Clerk of Bankruptcy Court

                                                       /s/ Willie Rodriguez
                                                           Deputy Clerk