UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
In Re:                                              Chapter 13
**Jean Touzin & Marie M. Clotaire**              Bankruptcy Case # 09-23953
           Debtors                        x
**Jean Touzin & Marie M. Clotaire**
           Plaintiffs,
           Vs                                       Adversary Case No. 10-8209
**HSBC Mortgage Corporation**
           Defendant,                     x
_____
## Affirmation in Support of Default

Plaintiff's Attorney Joshua N. Bleichman, affirms under the penalties of perjury that the following is true, and states that I have knowledge of the facts and circumstances stated herein, except as to those matters stated upon information and belief, and those which I believe to be true, as follows:

1. This is an action for breach of contract, negligence and fraud against the Defendant, HSBC Mortgage Corporation. See Exhibit "A" (summons and complaint)

2. The summons and complaint served on the Defendant, HSBC Mortgage Corporation by Certified Mail on or about January 25, 2010 and Defendant received it on January 28, 2010. See Exhibit B.

3. To date, Defendant, HSBC Mortgage Corporation has not filed any answer and no extension of time has been given.

4. Time to answer or otherwise move has expired.

5. Plaintiffs through their Attorney are demanding a sum of $157,450.00 from HSBC Mortgage Corporation.

6. Plaintiff demand attorney fees in the amount of $3500.00 for prosecuting this matter.

WHEREFORE, it is respectfully requested that Default Judgment be entered against the Defendant, HSBC Mortgage Corporation.

Dated: May 10, 2010                        /s/Joshua N. Bleichman
Spring Valley, New York                    Joshua N. Bleichman
                                           The Law Office of Bleichman and Klein
                                           Attorney for Plaintiff
                                           268 Route 59
                                           Spring Valley, NY 10977
                                           (845)425-2510