
**UNITED STATES**
**POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm       FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7008 2810 0000 2614 6090**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 10:33 AM on January 28, 2010 in DEPEW NY 14043

Information on this item has been restored from offline files and will be available online for 30 days from 04/22/2010

Detailed Results:
- **Delivered, January 28, 2010, 10:33 am, DEPEW, NY 14043**
- **Arrival at Unit, January 28, 2010, 9:22 am, DEPEW, NY 14043**

**Track & Confirm**

Enter Label/Receipt Number

( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS All Rights Reserved    No FEAR Act EEO Data    FOIA